U.S. POSTAGE

ZIP 78701
02 1W
0001401623

PRESORTED
FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-83,500-01

PRESIDING JUDGE 258TH JUDICIAL DISTRICT
TRINITY COUNTY
P. O. BOX 1115
GROVETON, TX  75845

47 FQW-N3B 75845



P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711